# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161806(76)
161807

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRIUS ZARRAN WILLIAMS,
      Defendant-Appellant.
_____/

SC: 161806, 161807
COA: 345490, 346199
Wayne CC: 18-002494-FC

On order of the Chief Justice, the third motion of defendant-appellant for a stay to allow him to file a supplement raising an additional issue is GRANTED. The supplement submitted on June 25, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk